

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00067-CR

Juan Gabriel **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 13-06-03428-ZCR
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 23, 2015.

Sandee Bryan Marion, Chief Justice